IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN
_____

DON WAHLQUIST,

                Plaintiff,

   v.                                                    ORDER
                                                            07-cv-555-jcs

RAUSCH, STURM, ISRAEL & HORNING, S.C.,

                Defendant.
_____

Plaintiff moves to voluntarily dismiss his case. This motion will be granted and the above entitled action will be dismissed without prejudice pursuant to Rule 41(a)(2).

ORDER

IT IS ORDERED that plaintiff's motion to dismiss his case is GRANTED.

IT IS FURTHER ORDERED That judgment be entered DISMISSING the above entitled action without prejudice.

Entered this 6th day of December, 2007.

                                      BY THE COURT:

                                      /s/
                                      _____
                                      JOHN C. SHABAZ
                                      District Judge